IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAFEAH MORRISON,<br>    Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY<br>HOSPITAL,<br>    Defendant. | :<br>:<br>: | No. 10-4365 |

FILED

SEP - 8 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this **8th** day of **September, 2011**, upon consideration of Defendant's Motion for Summary Judgment, and Plaintiffs' Opposition thereto; and for the reasons stated in the Court's Memorandum dated September 8, 2011, it is hereby **ORDERED** that:

1. The Motion (Document No. 13) is **GRANTED**.

2. Defendant's Motion to Strike Plaintiff's Amended Disclosures (Document No. 19) is **DENIED as moot**.

3. Defendant's Motion for Reconsideration of the Court's August 17, 2011 Order (Document No. 26) is **DENIED as moot**.

4. Plaintiff shall pay costs included in Defendant's Schedule of Costs (Document No. 25) pursuant to the Court's August 17, 2011 Order in the amount of $1895.00 in Attorneys' Fees and $34.23 in Legal Research.

5. The Clerk of the Court is directed to close this case.

BY THE COURT:

/s/ Berle M. Schiller
Berle M. Schiller, J.